UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAM TRAN,

                Plaintiff,

    v.

CLARK COUNTY,

                Defendant.

CASE NO. 3:22-cv-05970-BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation ("R&R"), Dkt. 5, recommending the Court deny pro se plaintiff Tam Tran's application to proceed *in forma pauperis* and dismiss this case for failure to comply with Judge Christel's order requiring Tran to file an amended complaint stating a plausible claim for relief. Tran did not do so. Tran has not objected to the R&R, and the time for doing so has expired.

The R&R is **ADOPTED**.

Tran's application to proceed *in forma pauperis* is **DENIED**.

This matter is **DISMISSED** without prejudice.

ORDER - 1

1  The Clerk shall enter a **JUDGMENT**, send copies of this order to Tran and to
2  Judge Christel, and close the case.
3      IT IS SO ORDERED.
4  Dated this 8th day of March, 2023.

                        BENJAMIN H. SETTLE
                        United States District Judge